IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No: 1:24CR4-AW/MAL

BILLY MCCALL, JR.
_____/

## STATEMENT OF FACTS

The following Statement of Facts is entered into by and between BILLY MCCALL, JR., as Defendant, Darren Johnson, Assistant Federal Public Defender, as attorney for Defendant, and the United States Attorney for the Northern District of Florida:

In early 2022, the Levy County and Alachua County Sheriff's Offices began an investigation of reported sexual abuse of two minor boys by BILLY MCCALL, JR. As a result of the investigation, on July 27, 2022, MCCALL was arrested on state felony charges outside his residence in Gainesville, Florida. At the time of his arrest, he possessed an Apple iPhone which was manufactured in China and had been shipped and transported in interstate and foreign commerce. Search warrants were obtained for MCCALL's cell phone and residence.

Filed in Open Court
4-30-2024
Clerk, U.S. District Court
Northern District of Florida

The cell phone was forensically examined and found to contain numerous videos of minor male children in the bathroom of MCCALL's residence. MCCALL created the videos with a camera installed in the bathroom. The videos were each transferred from the camera to MCCALL's cell phone where they were saved with a file path that included the application name "P2PLiveCam," which was the program used to create them. The videos include a time stamp for the date they were created.

One video created Aug 31, 2019, depicts a male child born in September 2002. The child was 17 when the video was created. The child is fully naked and faces the camera with his genitalia exposed and masturbates while in the shower.

A second video created September 24, 2019, depicts a male child born in October 2002. The child was 17 when the video was created. The child is fully naked and engaged in sexual contact with MCCALL in the shower.

A third video created June 21, 2020, depicts a prepubescent male child. The child is fully naked and faces the camera exposing his genitalia and bending over, exposing his anus and genitalia.

## ELEMENTS

Production of Child Pornography – 18 U.S.C. § 2251(a)

(1) the Defendant used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct;

2

(2) an actual minor, that is, a real person who was less than 18 years old, was depicted;
(3) the visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

                                                                JASON R. COODY
                                                                United States Attorney

_____          _____
DARREN JOHNSON                                        F.T. WILLIAMS
Attorney for Defendant                                   Florida Bar No. 936219
                                                                Assistant United States Attorney
                                                                Northern District of Florida
                                                                401 SE 1st Ave., Suite 211
                                                                Gainesville, FL 32601
4/30/2024                                                    Ph. 352.378.0996
_____          frank.williams@usdoj.gov
Date


_____          04/30/24
BILLY MCCALL, JR.                                       _____
Defendant                                                    Date

4/30/2024
_____
Date