**LETTER OF SUPPORT**

# New Beginnings of Horseshoe, Inc

## Pastor Samuel Corbin

Date: Wednesday, September 11, 2024

In reference To Bill McCall:

We are ministers of the gospel and go every Tuesday & Thursday to the jail.

In the last year since we met Billy McCall, He has made a turn around in his life by accepting Jesus as his Lord and Savior and being baptized.

Billy has also made a big impact on other inmates at the jail according to their testimonies.

It is in our opinion that he has made a turn around in his life for the better.

We hope you take this into consideration concerning his sentencing.

Sincerely,

*Pastor Samuel Corbin*
Pastor Samuel Corbin

*Peter D. Kight*
Evangelist Peter Kight

PO BOX 1117
Cross City, Florida 32628
Phone: 352/578/8066